IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

```
                                    DOC NO
                                    REC'D/FILED
                                    2021 OCT -5 AM 10: 48
                                    PETER OPPENEER
                                    CLERK US DIST COURT
                                    WD OF WI
```

Scott Schneider,

Plaintiff, NOTICE OF APPEAL

v. 3:19-cv-00202

Codeblue et al,

Defendants.

Notice is hereby given that Scott Schneider, Plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the Seventh Circuit from the final judgment entered in this action on the 3rd day of September, 2021.

*Scott Schneider*

(Signature of plaintiff(s))

2818 Augusta St #38

Eau Claire, WI 54701

(Address)

September 30, 2021

(Date)